UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

SO ORDERED:

DAVID N. HURD
United States District Judge

Dated: 6-10-14    Utica, NY

ROBIN B. YOUNG,

    *Plaintiff,*

v.

CSX TRANSPORTATION, INC.,

    *Defendant.*

Case No. 1:12-CV-1150 (DNH/TWD)

## NOTICE OF WITHDRAWAL

Clerk of the Court:

Kindly withdraw the appearance of Todd C. Dvorak, individually, as counsel for Defendant CSX Transportation, Inc. Please note that Jacqueline M. Holmes, Ronald M. Johnson, and the law firm of Jones Day, as well as Scott A. Barbour and the law firm of McNamee, Lochner, Titus & Williams, P.C., will remain as counsel for the Defendant in the above-referenced matter.

Dated: June 10, 2014

Respectfully Submitted,

s/ Jacqueline M. Holmes
Jacqueline M. Holmes (admitted pro hac vice)
Ronald M. Johnson (admitted pro hac vice)
Todd C. Dvorak (admitted pro hac vice)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Tel: (202) 879-3939
Fax: (202) 626-1700
jholmes@jonesday.com
rmjohnson@jonesday.com
tdvorak@jonesday.com

Scott A. Barbour (Bar Roll #101080)
McNAMEE, LOCHNER, TITUS & WILLIAMS, P.C.
677 Broadway, 5th Floor
Albany, New York 12207
Tel: (518) 447-3200
Fax: (518) 867-4713
barbour@mltw.com

ATTORNEYS FOR DEFENDANT
CSX TRANSPORTATION